

Jeffrey S. Jacobson
Partner
jeffrey.jacobson@faegredrinker.com
212-248-3191 direct

> Application granted. The conference is adjourned to December 13, 2023 at 11:00 a.m in Courtroom 520 of the White Plains courthouse.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 82.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 7, 2023

December 5, 2023

BY ECF

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
for the Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: *Nortek Inc. v. ITT LLC*, No. 7:21-cv-3999

Dear Judge Halpern:

I am lead counsel for Plaintiff Nortek Inc. ("Nortek") in the above-referenced action. Earlier today, the Court set an in-person hearing to be held on December 12 at 10:00 AM. Unfortunately, at that time, I will be on a plane home from a hearing in San Francisco. My colleague Andrew Van Houter, who works actively on this case, also is unavailable at that time. I write to respectfully request that the Court adjourn the hearing to any available time on December 13 or 14, on which dates counsel for ITT advised us they also are available. Should the Court need to adjourn the matter to the following week, I am available on any date. ITT's counsel advised they would prefer to have the matter heard on December 13 or 14 if possible.

Respectfully submitted,

Jeffrey S. Jacobson